UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-04308 |
|---|---|---|---|

Geden Holdings, Ltd., Appellant

*versus*

Advantage Award Shipping, LLC, Appellee

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jordan A. Kroop<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>(212) 561-7700; jkroop@pszjlaw.com<br>New York - Bar No. 2680882<br>Not Applicable |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Advantage Award Shipping, LLC |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/1/2025 | Signed: /s/ Jordan A. Kroop |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                     **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                        United States District Judge