United States District Court
Southern District of Texas

**ENTERED**
October 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-04308 |
|---|---|---|---|

Geden Holdings, Ltd., Appellant

*versus*

Advantage Award Shipping, LLC, Appellee

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jordan A. Kroop<br>Pachulski Stang Ziehl & Jones LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>(212) 561-7700; jkroop@pszjlaw.com<br>New York - Bar No. 2680882<br>Not Applicable |
|---|---|

| Name of party applicant seeks to appear for: | Advantage Award Shipping, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/1/2025 | Signed: /s/ Jordan A. Kroop |
|---|---|

| The state bar reports that the applicant's status is: currently registered. |
|---|
| Dated: 10/3/2025   Clerk's signature   *[signature]* |

### Order

Dated: 10/3/2025

This lawyer is admitted *pro hac vice*.

*/s/ Lee H. Rosenthal*
United States District Judge