# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Geden Holdings, Ltd.,<br><br>    Appellant<br><br>vs.<br><br>Advantage Award Shipping, LLC,<br><br>    Appellee. | Chapter 15<br><br>Case No. 4:25-cv-04308 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Advantage Award Shipping, LLC ("Appellee"), the appellee in the above-captioned appeal, hereby appears through its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby requests that copies of all papers given or required to be given in this case and copies of all papers served or required to be served, be given and served upon the Appellee through service upon PSZJ, at the addresses and email addresses set forth below:

    PACHULSKI STANG ZIEHL & JONES LLP
    Michael D. Warner
    Steven W. Golden
    700 Louisiana Street, Suite 4500
    Houston, TX 77002
    Telephone: (713) 691-9385
    mwarner@pszjlaw.com
    sgolden@pszjlaw.com

    -and-

    PACHULSKI STANG ZIEHL & JONES LLP
    Jordan A. Kroop
    1700 Broadway, 36th Floor
    New York, NY 10019
    Telephone: (212) 561-7700
    jkroop@pszjlaw.com

4907-4691-7490.1 01222.00001

October 13, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Steven W. Golden*
    Steven W. Golden

*Counsel for Appellee, Advantage Award Shipping, LLC*

### CERTIFICATE OF SERVICE

    I CERTIFY that on October 13, 2025, a copy of this document was caused to be served electronically through this Court's CM/ECF noticing system on parties registered to receive electronic notices in this case.

*/s/ Steven W. Golden*
Steven W. Golden