United States District Court
Southern District of Texas

**ENTERED**

December 18, 2025

Nathan Ochsner, Clerk

Case No. 4:25-cv-04308

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In the Matter of Geden Holdings, Ltd.

      Debtor in a Foreign Proceeding

Geden Holdings, Ltd.

      Appellant

v.

Advantage Award Shipping, LLC

      Appellee[1]

Appeal from the United States Bankruptcy Court
for the Southern District of Texas, Houston Division
Case No. 25-90138

## STIPULATED ORDER
## SETTING REMAINING BRIEFING SCHEDULE

| | |
|---|---|
| OKIN ADAMS BARTLETT CURRY LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| Matthew S. Okin | Michael D. Warner |
| Attorney in Charge | Texas Bar No. 00792304 |
| Texas Bar No. 00784695 | Jordan A. Kroop |
| David L. Curry, Jr. | Admitted *pro hac vice* |
| Texas Bar No. 24059118 | (Admission to S.D.Tex. pending) |
| Edward A. Clarkson, III | Steven W. Golden |
| Texas Bar No. 24059118 | Texas Bar No. 24099681 |
| 1113 Vine Street, Suite 240 | 700 Louisiana Street, Suite 4500 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| (713) 228-4100 | (713) 691-9385 |
| | |
| Counsel for Appellant | Counsel for Appellee |

---

[1] Appellant asserts that Advantage "has not been found to have standing to participate in the underlying Chapter 15 Case, and, accordingly, does not have standing to participate in this appeal." Advantage disagrees. The parties stipulate that this dispute is not before the Court with respect to this Stipulated Order and entry into this Stipulated Order shall not be construed as a consent or waiver of any such argument or position.

4926-2174-4001.1 01222.00001

Before the Court is the joint request of Appellant Geden Holdings, Ltd. and Appellee Advantage Award Shipping, LLC for an order setting the deadlines for the remaining briefing in this appeal. Geden and Advantage stipulate and the Court finds: (a) the Court has jurisdiction over this appeal under 28 U.S.C. § 158(a)(1); (b) Geden timely filed its opening brief under Bankruptcy Rules 8014(a) and 8018(a)(1); and (c) good cause exists under Bankruptcy Rule 8018(a) to reset the remaining deadlines under Bankruptcy Rule 8018(a)(2) and (3). Accordingly, Geden and Advantage stipulate and

It is **ORDERED** that:

1. Advantage's brief under Bankruptcy Rule 8018(a)(2) must be filed no later than

**January 9, 2026**

2. Geden's reply brief under Bankruptcy Rule 8018(a)(3), if any, must be filed no later than

**January 30, 2026**

(3) Nothing in this Stipulated Order precludes either party from requesting further extensions of any period in this appeal under applicable Bankruptcy Rules.

*    *    *

**SO STIPULATED**:

| | |
|---|---|
| OKIN ADAMS BARTLETT CURRY LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| By:   _/s/ Edward A. Clarkson, III_ <br>     Edward A. Clarkson, III | By:   _/s/ Jordan A. Kroop_ <br>     Jordan A. Kroop |
| Counsel for Appellant | Counsel for Appellee |

Signed on 12/18/2025, at Houston, Texas

Lee H. Rosenthal
United States District Judge